UNITED STATES of America,
Plaintiff–Appellee,

v.

Roberto MENA–VILLAMAR, also known as Jose Carlos Sanchez, Defendant–Appellant.

No. 06–40868
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 7, 2007.

Discretionary Review Granted June 6, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Roberto Mena–Villamar raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.